**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re:<br><br>**JOHN OLIVER,**<br><br>Debtor. | Chapter 13<br><br>Case No.: 13-33395-DHW |

**NOTICE OF WITHDRAWAL OF NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**

Comes now, BANK OF AMERICA, N.A. ("Creditor") its principals, investors, successors, and/or assigns, if any, by and through its undersigned counsel, and hereby files this notice of the withdrawal of its Notice of Default and Opportunity to Cure filed with the Court on January 6, 2017 (Doc. No. 42). The Creditor is withdrawing the notice without prejudice.

Dated this 2nd day of February, 2017.

Respectfully submitted,

/s/ Goodman G. Ledyard
GOODMAN G. LEDYARD
JEANNA D. CHAPPELL
Counsel for Creditor

OF COUNSEL:
PIERCE LEDYARD, PC
P. O. Box 161389
Mobile, AL 36616
Telephone 251/338-1300

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 2nd day of February, 2017, served a copy of the foregoing pleading via electronic filing as follows:

Richard D. Shinbaum
Attorney for Debtor
rshinbaum@smclegal.com

Sabrina L. McKinney
Acting Chapter 13 Trustee
trustees_office@ch13mdal.com

and by depositing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

John Oliver
3782 Stanley Drive
Montgomery, AL 36111

/s/ Goodman G. Ledyard
COUNSEL